IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
BANKRUPTCY DIVISION
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| In re ) | |
| ) | |
| DENNIS ALAN CUNNING, ) | Case No. 11-30011 MFW |
| ) | |
| Debtor. ) | |
| _____ ) | |

**SUGGESTION OF DEATH**

PLEASE BE ADVISED that, Benjamin A. Currence, Esquire, the attorney for the Debtor, Dennis Alan Cunning, suggests upon the record the death of the Debtor during the pendency of this action. The Debtor departed from this life on November 11, 2011.

Dated: November 23, 2011				Respectfully submitted,

						 /s/ Benjamin A. Currence
						Benjamin A. Currence
						12 Norre Gade, Ste. 2
						P.O. Box 6143
						St. Thomas, VI 00804-6143
						(340) 775-3434
						(340) 774-1001 (fax)

						Attorney for the Debtor


CERTIFICATE OF SERVICE

I certify that I caused the foregoing document to be served on all parties on November 23, 2011 by filing the documents in the Court's ECF filing system, which gives e-mail notice to all attorneys of record.

						 /s/ Benjamin A. Currence